# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ROBERT BARRON and JOHN TURCO,                    )
                Plaintiff,                    )          Case No. 2:15-CV-00242-APG-GWF
                             )
vs.                                               )          **ORDER**
                             )
THE BANK OF NEW YORK MELLON FKA,         )
THE BANK OF NEW YORK AS TRUSTEE FOR )
CWALT, INC., ALTERNATIVE LOAN TRUST )
2005-56, MORTGAGE PASS-THROUGH         )
CERTIFICATES, SERIES 2005-56, et al.,          )
                             )
                Defendant.                  )
_____)

      This matter is before the Court on Defendants' Motion to Stay Discovery (#17), filed on March 6, 2015.

      Defendants attached with the Motion and with the filing of the corrected motion (#19) a Certificate of Service. The certificate proclaims that an employee of Akerman, LLP "served via CM/ECF and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **DEFENDANTS' MOTION TO STAY DISCOVERY** postage prepaid and addressed to" (emphasis original). No names or addresses are listed after "addressed to." Defendants must file a proper certificate of service indicating service on both Plaintiffs by **Monday, March 16, 2015**.

      **IT IS SO ORDERED.**

      **DATED** this 9th day of March, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge