ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: matthew.knepper@akerman.com

JOSEPH F. YENOUSKAS
*Pro Hac Vice*
Goodwin Procter LLP
901 New York Avenue, NW
Suite 500
Washington, DC 20001
Telephone: 202-346-4000
Facsimile:
Email: jyenouskas@goodwinprocter.com

*Attorneys for Defendants The Bank of New York Mellon fka The Bank of New York as Trustee for CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56, et al.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARRON and JOHN TURCO,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56, et al.,<br><br>　　　　　Defendants. | Civil Action No. 2:15-cv-00242-APG-GWF<br><br>**PARTIES' JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiffs Robert Barron and John Turco (**Plaintiffs**) and defendants the Bank of New York Mellon f/k/a the Bank of New York as Trustee for CWALT, Inc. Alternative Loan Rust 2005-56,

{32369782;1}

Mortgage Pass-Through Certificates, Series 2005-56; CWALT, Inc. Alternative Loan Rust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56; the Certificateholders of CWALT, Inc. Alternative Loan Rust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56; CWALT, Inc.; ReconTrust Company, N.A.; and Mortgage Electronic Registration Systems, Inc. (**Defendants**) respectfully submit the following Stipulation to allow Defendants additional time to file a pleading in response to Plaintiffs' first amended complaint (Doc. 42), filed on May 27, 2015. This stipulation addresses current time constraints on defense counsel.

This is the parties first request for an extension.

IT IS HEREBY STIPULATED AND AGREED THAT Defendants' have until June 29, 2015 to file their response to Plaintiffs' Amended Complaint (Doc. 42).

Dated: May 29, 2015                                   Dated: May 29, 2015

/s/   John Turco
Robert Barron, pro se
John Turco, pro se
7521 Captains Harbor Drive
Las Vegas, NV 89117
barron.turco@outlook.com

*Plaintiffs*

/s/ Matthew Knepper
Ariel Stern, ESQ.
Nevada Bar No. 8276
Matthew Knepper, Esq.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
            matthew.knepper@akerman.com

Joeseph Yenouskas
*Pro Hac Vice*
Goodwin Procter LLP
901 New York Avenue, NW
Suite 500
Washington, DC 20001
Telephone: 202-346-4000
Facsimile:
Email: jyenouskas@goodwinprocter.com

*Attorneys for Defendants Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

{32369782;1}                          2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered as follows:

IT IS HEREBY ORDERED that Defendants' have until June 29, 2015 to file their response to Plaintiffs' Amended Complaint (Doc. 42).

Dated: June 2, 2015.

_____
UNITED STATES DISTRICT JUDGE

{32369782;1}                        3