ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
Email:  matthew.knepper@akerman.com

JOSEPH F. YENOUSKAS
*Pro Hac Vice*
Goodwin Procter LLP
901 New York Avenue, NW
Suite 500
Washington, DC 20001
Telephone: 202-346-4000
Facsimile:
Email: jyenouskas@goodwinprocter.com

*Attorneys for Defendants The Bank of New York Mellon fka The Bank of New York as Trustee for CWALT, Inc., Alternative Loan Trust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56, et al.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT BARRON and JOHN TURCO,<br><br>Plaintiffs,<br>v.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR CWALT, INC., ALTERNATIVE LOAN TRUST 2005-56, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-56, et al.,<br><br>Defendants. | Civil Action No. 2:15-cv-00242-APG-GWF<br><br>**PARTIES' JOINT STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO REPLY IN SUPPORT OF THEIR MOTION TO DISMISS [Doc. 45]**<br><br>**(FIRST REQUEST)** |

Plaintiffs Robert Barron and John Turco (**Plaintiffs)** and defendants the Bank of New York Mellon f/k/a the Bank of New York as Trustee for CWALT, Inc. Alternative Loan Rust 2005-56,

{34544313;1}

Mortgage Pass-Through Certificates, Series 2005-56; CWALT, Inc. Alternative Loan Rust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56; the Certificateholders of CWALT, Inc. Alternative Loan Rust 2005-56, Mortgage Pass-Through Certificates, Series 2005-56; CWALT, Inc.; ReconTrust Company, N.A.; and Mortgage Electronic Registration Systems, Inc. (**Defendants**) respectfully submit the following Stipulation to allow Defendants additional time to file a reply in support of their Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. 42). This stipulation addresses current time constraints on defense counsel.

This is the parties first request for an extension.

IT IS HEREBY STIPULATED AND AGREED THAT Defendants' have until July 31, 2015 to file their reply in support of their Motion to Dismiss (Doc. 45).

Dated: July 15, 2015                                    Dated: July 15, 2015

/s/      John Turco                                     /s/ *Matthew Knepper*
Robert Barron, pro se                                   ARIEL STERN, ESQ.
John Turco, pro se                                      Nevada Bar No. 8276
7521 Captains Harbor Drive                              MATTHEW KNEPPER, Esq.
Las Vegas, NV 89117                                     Nevada Bar No. 12796
barron.turco@outlook.com                                AKERMAN LLP
                                                        1160 Town Center Drive, Suite 330
*Plaintiffs*                                            Las Vegas, Nevada 89144
                                                        Telephone:    (702) 634-5000
                                                        Facsimile:    (702) 380-8572
                                                        Email: ariel.stern@akerman.com
                                                               matthew.knepper@akerman.com

                                                        Joeseph Yenouskas
                                                        *Pro Hac Vice*
                                                        Goodwin Procter LLP
                                                        901 New York Avenue, NW
                                                        Suite 500
                                                        Washington, DC 20001
                                                        Telephone: 202-346-4000
                                                        Facsimile:
                                                        Email: jyenouskas@goodwinprocter.com

                                                        *Attorneys for Defendants Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP*

{34544313;1}                           2

## **ORDER**

Defendants' have until July 31, 2015 to file their reply in support of their Motion to Dismiss (Doc. 45).

IT IS SO ORDERED:

_____
DISTRICT COURT JUDGE

DATED: July 15, 2015

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{34544313;1}

3